UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRIAN HICKS,
ADC #138964                                                                                    PLAINTIFF

v.                         CASE NO. 4:11cv00036 BSM

BARACK OBAMA
President of the United States, et al.                                                DEFENDANTS

## JUDGMENT

Consistent with the order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and judgment is entered in favor of defendants on all claims set forth herein. Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

Dated this 20th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE